964

*man, Assistant Attorney General Baldridge, Paul A. Sweeney* and *Morton Liftin* for the United States.

No. 691. SOUTHERN FURNITURE MANUFACTURING CO. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied. *Gessner T. McCorvey* for petitioner. *Solicitor General Perlman, George J. Bott, David P. Findling, Mozart G. Ratner* and *Bernard Dunau* for respondent.

No. 698. ARTHUR *v.* STANDARD ENGINEERING CO. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Dorsey K. Offutt* for petitioner.

No. 700. RYAN *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied. *Ralph S. McFarland* and *C. Vernon Thompson* for petitioner.

No. 701. GORDON *v.* BERGIN, ADJUTANT GENERAL OF THE ARMY. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *William E. Leahy, William J. Hughes, Jr.* and *Clara L. Longstreth* for petitioner. *Solicitor General Perlman, Assistant Attorney General Baldridge, Paul A. Sweeney* and *Morton Hollander* for respondent.

No. 702. CHAPMAN, SECRETARY OF THE INTERIOR, ET AL. *v.* SANTA FE PACIFIC RAILROAD CO. ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Solicitor General Perlman*